**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| MERCK SHARP & DOHME CORP., | |
| Plaintiff, | C.A. No. 1:18-cv-00196-MN |
| v. | |
| MYLAN LABORATORIES LIMITED, | |
| Defendant. | |

---

**CONSENT JUDGMENT**

Merck Sharp & Dohme Corp. (hereinafter "Merck") and Mylan Laboratories Limited, (hereinafter "Mylan"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 15th day of July, 2019:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Mylan Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 211500 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patents" shall mean United States Patent Numbers 9,023,790 and 9,358,297; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or

more intermediaries, controls, is controlled by, or is under common control with Mylan; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Mylan, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Mylan Product.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

We hereby consent to the form and entry of this Order:

| /s/ *Daniel M. Silver* | /s/ *Bindu A. Palapura* |
|---|---|
| Michael P. Kelly (#2295) | David E. Moore (#3983) |
| Daniel M. Silver (#4758) | Bindu A. Palapura (#5370) |
| Alexandra M. Joyce (#6423) | Stephanie E. O'Byrne (#4446) |
| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
| Renaissance Centre | Hercules Plaza, 6th Floor |
| 405 N. King Street, 8th Floor | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | Tel: (302) 984-6000 |
| mkelly@mccarter.com | dmoore@potteranderson.com |
| dsilver@mccarter.com | bpalapura@potteranderson.com |
| ajoyce@mccarter.com | sobyrne@potteranderson.com |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Tracey B. Davies | Robert L. Florence |
| Mark Reiter | Micheal L. Binns |
| GIBSON, DUNN & CRUTCHER LLP | Karen L. Carroll |
| 2100 McKinney Avenue, Suite 1100 | PARKER POE ADAMS & BERNSTEIN LLP |
| Dallas, TX 75201-6912 | 1180 Peachtree Street, N.E. |
| Tel: (214) 698-3100 | Suite 3300 |
| | Atlanta, GA 30309 |
| Josh A. Krevitt | Tel: (678) 690-5749 |
| James Barnao | |
| Gibson Dunn & Crutcher LLP | Melanie Black Dubis |
| 200 Park Ave | PARKER POE ADAMS & BERNSTEIN LLP |
| New York, NY 10166-0193 | 301 Fayetteville Street |
| Tel.: (212) 351-4000 | Suite 1400 |
| | Raleigh, NC 27601 |
| David Glandorf | |
| Gibson Dunn & Crutcher LLP | Tasneem A. Dharamsi |
| 1801 California Street, Suite 4200 | PARKER POE ADAMS & BERNSTEIN LLP |
| Denver, CO 80202-2642. | Three Wells Fargo Center |
| Tel.: (303) 298-5726 | 401 South Tryon Street, Suite 3000 |
| dglandorf@gibsondunn.com | Charlotte, NC 28202 |
| | |
| *Attorneys for Plaintiff Merck Sharp & Dohme Corp.* | *Attorneys for Defendant Mylan Laboratories Limited* |